UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REGIONS BANK, an Alabama banking corporation, d/b/a REGIONS FUNDING,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GROVES FUNDING CORPORATION, et. al.,<br><br>　　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:07-cv-1333-BBM |

## J U D G M E N T

　　This action having come before the Court, Beverly B. Martin, United States District Judge, and the court having directed that a default judgment be entered against defendant Monique McDowell,  it is hereby

　　ORDERED AND ADJUDGED, that judgment is entered for Regions Bank against Monique McDowell in the amount of $15,992,857.97 including damages, attorneys' fees, costs and interest through and including May 22, 2009.

　　Dated at Atlanta, Georgia this 26th day of May, 2009.


　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　By:　　s/Amanda Querrard
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
　May 26, 2009
James N. Hatten
Clerk of Court

By: s/Amanda Querrard
　　　Deputy Clerk